UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| BRIAN C. APPLEGATE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION,<br><br>　　　　Defendant. | Case No. 19-cv-05448-LB<br><br>**ORDER DENYING REQUEST FOR EXTENSION OF DEADLINE**<br><br>Re: ECF No. 45 |

　　The plaintiff's request for a 30-day extension of the deadline to file his reply in support of his Rule 52 motion is DENIED. (ECF No. 45.) As the court explained in an August 20, 2020 order, a Rule 52 motion cannot be entertained because no judgment has been entered in this case. As the court also explained in that order, the plaintiff should not be filing motions and requests at this time because the action has been stayed until counsel is found to represent him or until further order of the court.

　　**IT IS SO ORDERED.**

　　Dated: September 22, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER – No. 19-cv-05448-LB